IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-141-D

| | |
|---|---|
| ARCHIE KENAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALEIGH REGIONAL REHAB )<br>CENTER, LLC, TRADITIONS SENIOR )<br>MANAGEMENT, INC., WEST COAST )<br>COMMONWEALTH PARTNERS, LLC, )<br>CAROLINA FUND 100, LLC, and )<br>ROKR, LLC, )<br>)<br>Defendants. ) | **ORDER** |

The court has reviewed the record and the governing law. Plaintiff's motion to remand [D.E. 16] lacks merit and is DENIED.

SO ORDERED. This __8__ day of August 2018.

JAMES C. DEVER III
Chief United States District Judge